

# Fourth Court of Appeals
## San Antonio, Texas

October 9, 2015

No. 04-15-00522-CV

**IN THE INTEREST OF K.L.G., JR., M.S.G. JR., Z.G.K.G., A.E.S.G., CHILDREN**,

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-02176
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

Appellant's brief in this accelerated appeal was due October 5, 2015. Neither the brief nor a motion for extension of time has been filed.

We **order** Alana Pearsall, appellant's court-appointed appellate attorney, to file appellant's brief by **October 19, 2015**. Appellant is advised that **no extensions of time will be granted** absent a showing of extenuating circumstances. If the brief is not filed by the date ordered, the court may abate the appeal and remand the case to the trial court for a hearing to determine whether appellant or counsel has abandoned this appeal.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of October, 2015.

_____
Keith E. Hottle
Clerk of Court